**MORGAN, LEWIS & BOCKIUS LLP**
(A Pennsylvania Limited Liability Partnership)
502 Carnegie Center
Princeton, New Jersey 08540-7814
Richard G. Rosenblatt
Emily Cuneo DeSmedt
Ashley D. Chilton
Phone: (609) 919-6600
Fax: (609) 919-6701
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

QUANASIA JACKSON,

               Plaintiff,

vs.

AMAZON FULFILLMENT SERVICES,
INC. and JOHN DOES 1-5 AND 6-10,

               Defendants

Civil Action No.: 3:19-18986

DOCUMENT ELECTRONICALLY FILED

## DEFENDANT'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Amazon.com Services, Inc. (incorrectly identified in the Complaint as "Amazon Fulfilment Services, Inc."), by and through its counsel Morgan, Lewis & Bockius LLP, hereby states that Amazon.com Services, Inc. is a wholly owned subsidiary of Amazon.com, Inc.  Amazon.com, Inc. has no parent company. No other publicly held company owns 10% or more of Amazon.com Services, Inc.'s stock.

Defendant reserves the right to amend and/or supplement this disclosure in the future.

Dated: October 15, 2019

Respectfully Submitted,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Richard G. Rosenblatt*

Richard G. Rosenblatt
Emily Cuneo DeSmedt
Ashley D. Chilton
502 Carnegie Center
Princeton, New Jersey 08540-7814
Telephone: (609) 919-6600
Facsimile: (609) 919-6701
richard.rosenblatt@morganlewis.com
emily.desmedt@morganlewis.com
ashley.chilton@morganlewis.com
*Attorneys for Defendant*

2

3

**<ins>CERTIFICATE OF SERVICE</ins>**

I, Ashley D. Chilton, hereby certify that on this 15th day of October, 2019, I caused a true

and correct copy of the Defendant's Rule 7.1 Corporate Disclosure Statement to be served by ECF

on counsel of record:

Kevin M. Costello, Esquire
Attorney I.D. No. 024411991
18000 Horizon Way, Suite 800
Mount Laurel, NJ 08054
*Attorney for Plaintiff*

*/s/ Ashley D. Chilton*
Ashley D. Chilton
